IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEONARDA ESPIRITU; ROBERT ESPIRITU , )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MANMEET RANA , )<br>)<br>Defendant. )<br>_____ ) | CV 12-00330 LEK-KSC |

### ORDER ADOPTING MAGISTRATE JUDGE'S  FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 14, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Action Without Prejudice" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 1, 2013.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge